Louis MATTEUCCI, Appellant,

v.

Paddy Eugene MESSERSMITH, Appellee.

No. 21399.

United States Court of Appeals
Ninth Circuit.

Oct. 30, 1967.

Charles E. Goff, Gudmundson, Siggins, Stone & Goff, San Francisco, Cal., for appellant.

David P. Weaver, Jr., Jack H. Werchick, San Francisco, Cal., for appellee.

Before BARNES, HAMLEY and JERTBERG, Circuit Judges.

PER CURIAM:

This is an interlocutory appeal from an order denying appellant's motion to dismiss for lack of federal jurisdiction, based on alleged diversity of citizenship. It presents a complicated factual situation upon which the trial court concluded there was diversity, and hence jurisdiction.

We approve and confirm the trial court's finding and order (C.T. 75–79), and on the authorities therein enumerated we affirm. Messersmith v. Matteucci, D.C., 276 F.Supp. 310.